■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EGRISONY RIVERA, Appellant. [830 NYS2d 678]—Judgment unani-

mously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, Patricia D. Marks, J.— Sodomy, 1st Degree). Present—Scudder, P.J., Centra, Lunn, Peradotto and Pine, JJ.